OPINION — AG — ** DOMICILE — TRAFFICKING IN CHILDREN ** THE PAYMENT FOR "REASONABLE DOMICILARY CARE" AS AUTHORIZED BY 21 O.S. 866 [21-866], MAY BE PAID TO SOME PERSON OR ORGANIZATION OTHER THAN DOCTORS AND HOSPITALS, IF SUCH PAYMENTS ARE APPROVED BY THE COUNTY JUDGE. (MEDICAL CARE JUVENILE, PROCEDURES, ADOPTION, PHYSICIAN, EXPECTANT MOTHER, PREGNANT, CARE) CITE: 21 O.S. 866 [21-866], OPINION NO. SEPTEMBER 23, 1957 — BERRY (JAMES P. GARRETT)